AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JULIO VIANA
dob: 6/6/68

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1672-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 2004 until present** in **Essex** county, in the **Massachusetts** District of defendant(s) did, (Track Statutory Language of Offense) operate an unlicensed money transmitting business and did structure financial transactions to evade reporting requirements

in violation of Title **18** United States Code, Section(s) **1960(a) and 31 USC Section 5324(a)(3)**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**6-22-05** at Boston, Massachusetts
Date                                            City and State

CHARLES B. SWARTWOOD III
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.