UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| JULIO VIANA, | ) |
| | ) |
| Defendant | ) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by Michael J. Sullivan, U.S.

Attorney, and Nadine Pellegrini, Assistant U.S. Attorney, hereby

moves the Court for an Order directing the Clerk to unseal the

affidavit in support of the criminal complaint in the above-

captioned matter.

As grounds, the Government represents that defendant is in

custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
NADINE PELLEGRINI
Assistant U.S. Attorney

Date: _____