AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

─────────── DISTRICT OF ───────────

*filed in open court 6/30/05 (CBS)*

UNITED STATES OF AMERICA

V.

Julio Viana

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-1672-CBS

I, Julio Viana, _____, charged in a (complaint) (petition) pending in this District with (1) Operating Unlicensed Money Transmitting Business (2) Structure Financial Transactions to evade Reporting Requirements in violation of Title _____ 18 USC §1960; 31 USC §5324(a)(3) _____ U.S.C. _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Julio F. Viana
Defendant

_____
Counsel for Defendant

06/30/05
Date