✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MARIO VIANA, JULIO VIANA | Case Number: 05-1672-CBS, 05-1673-CBS |

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>PELLEGRINI | DEFENDANT'S ATTORNEY<br>COX, RANDALL |
|---|---|---|
| TRIAL DATE (S)<br>6/30/2005, 7/7/2005 | COURT REPORTER<br>11:21 A | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 6/30/05 | | | Derek Dunn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/30/05 | X | X | Chart Summarizing dates Dft Mario Left Country |
| 2 | | 6/30/05 | X | X | Documents Found on Mario Viana when re-entering USA on 3/25/2005 |
| 3 | | 6/30/05 | X | X | Wire Transfer request and authorization by Tatiana P. Viana |
| | A | 7/7/05 | X | X | Receipt for Jewels as to Mario Viana |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages